```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 03911
   PAULITA PRESTON STONE
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-0573

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/21/2008 and was not confirmed.

     The case was dismissed without confirmation 04/16/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------
WELLS FARGO BANK       CURRENT MORTG           .00          .00           .00
WELLS FARGO BANK       SECURED NOT I           .00          .00           .00
PRO SE DEBTOR          DEBTOR ATTY            .00                         .00
TOM VAUGHN             TRUSTEE                                            .00
DEBTOR REFUND          REFUND                                             .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                        --------------      --------------
TOTALS                       .00                 .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 07/23/08         _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```